```
FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 5 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY
```

REDACTED
PUBLIC DISC[LOSURE]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-08135-PCT-SPL (MHB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1153 and 113(a)(6)<br>(CIR-Assault Resulting in Serious Bodily Injury)<br>Count 1 |
| Seraphina Charley, | 18 U.S.C. §§ 1153 and 113(a)(3)<br>(CIR-Assault with a Dangerous Weapon)<br>Count 2 |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1

On or about March 6, 2018, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, SERAPHINA CHARLEY, an Indian, did intentionally, knowingly, and recklessly assault M.B., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

## COUNT 2

On or about March 6, 2018, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, SERAPHINA CHARLEY, an Indian, did intentionally and knowingly assault M.B., with a dangerous weapon, that is, rebar, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: April 25, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/*
KIYOKO PATTERSON
Assistant U.S. Attorney